

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00261-CR

Joseph **RIOS**,
Appellants

v.

The **STATE** of Texas,
Appellees

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4757
Honorable Philip A. Kazen Jr., Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED June 3, 2015.

_____
Marialyn Barnard, Justice